**Margo D. JOHNSON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 01–3133.**

United States Court of Appeals, Federal Circuit.

Aug. 24, 2001.

*ORDER*

Upon consideration of Margo D. Johnson's unopposed motion to withdraw her petition for review,

IT IS ORDERED THAT:

---

(1) The motion is granted.

(2) Each side shall bear its own costs.